NO. 07-09-0061-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 13, 2009

_____

IN THE MATTER OF THE MARRIAGE OF
GEORGE BRINDLEY AND REBECCA BRINDLEY

_____

FROM THE 364th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2008-542,571; HONORABLE BRADLEY UNDERWOOD, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, George Brindley, perfected this appeal from an Agreed Final Decree of Divorce. Pending before this Court is an agreed motion to dismiss this appeal. George Brindley and Appellee, Rebecca Brindley, represent they have settled their differences and request immediate dismissal of this appeal. Without passing on the merits of the case, the Agreed Motion to Dismiss Appeal is granted.

Accordingly, the appeal is dismissed.  Tex. R. App. P. 42.1(a).  Having dismissed the appeal at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle<br>
Justice